IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNETH M. DARRON,

        Defendant.

Case No. 3:25-CR-30008-NJR-1

## FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, District Judge:**

On December 15, 2025, this Court entered an order of forfeiture against Defendant Kenneth M. Darron for the following property which had been seized from him:

1. **A Ruger, Model Super Blackhawk, .44 magnum pistol, SN:86-68762;**
2. **An Anderson Manufacturing, Model AM-15, .223-556 caliber firearm, SN:24136498;**
3. **A Spikes Tactical, .223/556 caliber rifle, SN:008842; and**
4. **Any and all ammunition contained therein.**

(Doc. 60).[1]

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1) and Supplemental Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. (Doc. 60).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning

---

[1] The Court notes that the original order also ran against a fifth item of property: a Henry, model H002B US Survival AR-7, .22 caliber rifle SN:US298314N. (Doc. 60). The government has since abandoned the criminal forfeiture of this item in favor of an administrative forfeiture. (Doc. 69).

December 17, 2025, and ending January 15, 2026 (Docs. 70, 70-1), and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the order of forfeiture (Doc. 60) filed on December 15, 2025, namely:

1. **A Ruger, Model Super Blackhawk, .44 magnum pistol, SN:86-68762;**
2. **An Anderson Manufacturing, Model AM-15, .223-556 caliber firearm, SN:24136498;**
3. **A Spikes Tactical, .223/556 caliber rifle, SN:008842; and**
4. **Any and all ammunition contained therein.**

The United States Marshal or the custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

**DATED:   March 12, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**